**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                    **INDICTMENT**

**FAWN RAE HURLEY**                       4:22 cr 7-124
   **a/k/a "Fawn Velazquez De Leon"**
_____/

**THE GRAND JURY CHARGES:**

**COUNT ONE**

Between on or about December 1, 2020, and January 11, 2021, in the

Northern District of Florida and elsewhere, the defendant,

**FAWN RAE HURLEY,
a/k/a "Fawn Velazquez De Leon,"**

did knowingly and willfully combine, conspire, confederate, and agree with other

persons to distribute and possess with intent to distribute a controlled substance,

and this offense involved 50 grams or more of methamphetamine, its salts,

isomers, and salts of its isomers, in violation of Title 21, United States Code,

Sections 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

FILED USDC FLND TL
FEB 1 '22 AM10:13

## COUNT TWO

On or about January 11, 2021, in the Northern District of Florida, the defendant,

**FAWN RAE HURLEY,**
**a/k/a "Fawn Velazquez De Leon,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, and this offense involved 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii).

## CONTROLLED SUBSTANCE FORFEITURE

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

From her engagement in the violations alleged in Counts One and Two, punishable by imprisonment for more than one year, the defendant,

**FAWN RAE HURLEY,**
**a/k/a "Fawn Velazquez De Leon,"**

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), all of their interest in:

2

A.      Property constituting or derived from any proceeds the defendant obtained directly or indirectly as the result of such violation.

B.      Property used in any manner or part to commit or to facilitate the commission of such violation.

If any of the property subject to forfeiture as a result of any act or omission of the defendant:

      i.      cannot be located upon the exercise of due diligence;

      ii.     has been transferred or sold to, or deposited with, a third person;

      iii.    has been placed beyond the jurisdiction of this Court;

      iv.     has been substantially diminished in value; or

      v.      has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code,

Section 853(p), to seek forfeiture of any other property of said defendants up to the

value of the above forfeitable property.

A TRUE BILL:

FOREPERSON

2/1/2022.

DATE

JASON R. COODY
United States Attorney

KAITLIN WEISS
Assistant United States Attorney

4